ORIGINAL          SEALED          FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JUN 10 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

**JASON DUANE HENRICHS,**

*Defendant.*

**SEALED**

Case No. **25 CR 112 RAW**

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)]

On or about November 22, 2022, in the Eastern District of Oklahoma, the defendant,

**JASON DUANE HENRICHS**, did knowingly and intentionally distribute 50 grams or more of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United

States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:

Pursuant to the E-Government Act,
the original indictment has been filed
under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

_____
JORDAN HOWANITZ, TN BA# 035622
Assistant United States Attorney

s / Foreperson
_____
FOREPERSON OF THE GRAND JURY